

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00264-CR

**EX PARTE** Edgar Albertho **CANACA IRIAS**

From the County Court, Kinney County, Texas
Trial Court No. 11128CR
Honorable Susan D. Reed, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE SPEARS

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED and LIFT the stay imposed on August 24, 2023.

SIGNED August 5, 2025.

_____
Rebeca C. Martinez, Chief Justice

---

[1] Senior Judge Susan D. Reed signed the order denying the habeas corpus relief at issue in this appeal.